**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____ Chapter __**7**__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Texas S&S Restaurants LLC** |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | dba Texas Steakhouse & Saloon; dba Sagebrush Steakhouse |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  5  –  5  6  1  0  0  4  0 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14504 Hertz Quail Springs Parkway** <br> Number    Street | _____ <br> Number    Street |
| | P.O. Box |
| **Oklahoma City**        **OK**    **73134** <br> City            State    ZIP Code | _____ <br> City        State    ZIP Code |
| **Oklahoma** <br> County | Location of principal assets, if different from principal place of business |
| | _____ <br> Number    Street |
| | _____ <br> City        State    ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Texas S&S Restaurants LLC**                              Case number (if known) _____

**7.** **Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**7   2   2   5**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Texas S&S Restaurants LLC**   Case number (if known) _____

**9.** Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10.** Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11.** Why is the case filed in *this district?*

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **Texas S&S Restaurants LLC** _____  Case number (if known) _____

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____

_____
City                                    State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and adminstrative information** |
|---|---|

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor  **Texas S&S Restaurants LLC**                                      Case number (if known)  _____

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.**  **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/27/2021**
              MM / DD / YYYY

X  **/s/ Jon B. Edwards**
Signature of authorized representative of debtor

**Jon B. Edwards**
Printed name

**Vice President**
Title

**18.**  **Signature of attorney**

X  **/s/ Mark B. Toffoli**                              Date  **09/27/2021**
Signature of attorney for debtor                              MM / DD / YYYY

**Mark B. Toffoli**
Printed name

**The Gooding Law Firm, P.C.**
Firm name

**204 N. Robinson Avenue**
Number        Street

**Suite 1235**

**Oklahoma City**                          **OK**          **73102**
City                                        State        ZIP Code

**(405) 948-1978**                          **mtoffoli@goodingfirm.com**
Contact phone                              Email address

**9045**                                    **OK**
Bar number                                  State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Texas S&S Restaurants LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF OKLAHOMA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.** Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.

**In Schedule A/B, list any executory contracts or unexpired leases.** Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Checking account with MidFirst Bank** | Checking account | 3 6 4 6 | $176,452.59 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $176,452.59

---

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor **Texas S&S Restaurants LLC**

Name

Case number (if known) _____

**7. Deposits, including security deposits and utility deposits**

Current value of debtor's interest

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $0.00 |

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

**11. Accounts receivable**

Current value of debtor's interest

11a. 90 days old or less: _____ – _____ = ..............➔ _____
face amount              doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ..............➔ _____
face amount              doubtful or uncollectible accounts

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $0.00 |

## Part 4: Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stocks and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

| 15.1. | **TSS New Bern LLC** | **100%** | | $0.00 |
| 15.2. | **TSS Wytheville LLC** | **100%** | | $0.00 |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

| $0.00 |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

Debtor    **Texas S&S Restaurants LLC**                                        Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22.  Copy the total to line 84.    | **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.    | **$0.00** |

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor   **Texas S&S Restaurants LLC**                                    Case number (if known) _____
      Name

## Part 7:  Office furniture, fixtures, and equipment; and collectibles

**38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒  No.  Go to Part 8.
☐  Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **42.  Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| $0.00 |
|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**
☐  No
☐  Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☐  No
☐  Yes

## Part 8:  Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐  No.  Go to Part 9.
☒  Yes.  Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.  Watercraft, trailers, motors, and related accessories**  Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.  Aircraft and accessories** | | | |
| **50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Restaurant Equipment | $444,339.28 | Estimated Used Value | $33,190.00 |

**51.  Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $33,190.00 |
|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☒  No
☐  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒  No
☐  Yes

| Debtor | **Texas S&S Restaurants LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN), | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **103 Alex Lane**<br>**Charleston, WV 25304**<br><br>**103 Alex Lane, Charleston, WV** | Leasehold | $37,102.00 | FMV | $0.00 |
| 55.2. **1237 E. Dixon Blvd.**<br>**Shelby, NC 28152** | Leasehold/Subleas | $0.00 | FMV | $0.00 |
| 55.3. **1703 Julian R. Allsbrook Hwy.**<br>**Roanoke Rapids, NC 27870**<br><br>**1703 Julian R. Allsbrook Hwy.,** | Leasehold | $324,852.00 | FMV | $0.00 |
| 55.4. **170 Nye Circle**<br>**Wytheville, VA 24382** | Leasehold/Subleas | $406,211.00 | FMV | $0.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

| $0.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

Debtor    **Texas S&S Restaurants LLC**
Name

Case number (if known) _____

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107) **?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Current value of
debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

$0.00

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor **Texas S&S Restaurants LLC**
_____   Case number (if known) _____
Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1._ | $176,452.59 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $0.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $33,190.00 | |
| 88. **Real property.** _Copy line 56, Part 9._ ➜ | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $209,642.59 + 91b. | $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92...................................................... | $209,642.59

| Refrigeration | |
|---|---|
| Double Door Reach in | 1 |
| Single Door Reach in | 4 |
| Double Door Deli Top | 2 |
| Single Door Deli Top | 1 |
| Double Door Ice Cream Chest | 1 |
| Expo Baine Marie | 1 |
| Ice Cream Chest Freezer single | 1 |
| Dessert Single Deli Top | 1 |
| Bar Beer Glass Chiller | 1 |
| Double Beer Bottle Cooler | 1 |
| Salad Bar Iced | 1 |
| Bottle Chest Ice Bar | 1 |
| | |
| **Equipment** | |
| Small Microwave Table-Top | 1 |
| Fryer | 2 |
| Microwave Commercial | 1 |
| Steamtable | 1 |
| Bun-Toaster | 2 |
| Grill | 1 |
| Flat Top | 1 |
| Six Burner Stove / Oven Combo | 1 |
| Salamander | 1 |
| Double Door Oven Convection | 1 |
| Double Door Alto Sham | 1 |
| Soup Well Double | 1 |
| Baked Potato Warmer | 1 |
| Self-Contained Steamer | 1 |
| Steam Soup Kettle | 1 |
| Ice Machine | 2 |
| | |
| **Leased Equipment** | |
| CO2 Tanks | 1 |
| Coke Machine | 1 |
| Coke Guns | 2 |
| Coke System | 2 |
| Ecolab Dish Machine | 1 |
| Comcast Cable Boxes | 0 |
| Direct TV Boxes | 6 |
| Coffee Machine | 1 |
| Iced Tea Machine | 2 |
| | |

| Tableware, Plate ware, Silverware | |
|---|---|
| Soda / Pint Glasses | 120 |
| Coffee Mugs | 70 |
| Bar Rocks Glasses | 22 |
| Wine Glasses | 16 |
| Martini Glasses | 14 |
| Cosmo Mixed Drin Glasses | 20 |
| Margarita Glasses | 24 |
| Shot Glasses | 15 |
| Wine Carafes Single Pour | 22 |
| Snifter | 6 |
| Champagne Flute | 5 |
| Glass Cappuccino Mug | 13 |
| Sundae Glasses | 33 |
| Sangria Glass Pitchers | 7 |
| Beer Pitchers | 3 |
| Coffee Mugs | 70 |
| Soup Bowls | 44 |
| Au Jus Bowls | 54 |
| Salad Plates | 133 |
| Medium Plates | 74 |
| Large Plates | 80 |
| Mussel Bowls | 16 |
| Potato Bite Bowls | 18 |
| Casseroles | 12 |
| Pasta Casseroles | 27 |
| Dessert Plates | 92 |
| Wave Plate | 41 |
| Monkey Bowls | 46 |
| Pasta Bowls | 8 |
| Forks | 252 |
| Butter Knives | 128 |
| Steak Knives | 66 |
| Teaspoons | 47 |
| Soup Spoons | 53 |
| Salad Bar Crocks - rectangle | 18 |
| Salad Bar Crocks - Quart 4 | 48 |
| Sheet Pans | 53 |
| Cutting Boards | 11 |
| | |
| | |
| | |
| | |

| | |
|---|---|
| | |
| | |
| | |
| **Miscellaneous** | |
| Two Three Compartment Manual Dish Sinks | 2 |
| Bar Sink Small 3 Bay Sink | 1 |
| Hand Sinks | 3 |
| Bar 3 compartment Sink | 1 |
| Dessert Area Single Sink | 1 |
| Ice Wells Bar | 1 |
| Ice Well Service Area | 1 |
| TV's | 5 |
| Overhang Wine Racks | 1 |
| Hi-Chairs | 16 |
| Booster Seats | 7 |
| Bar Stools | 18 |
| Table Chairs | 155 |
| Square Tables | 23 |
| Round Tables | 9 |
| Booth Tables | 21 |
| Booth Seats | 42 |
| Coat Racks | 4 |
| Host Stand | 1 |
| Safe | 1 |
| Patio Tables | 10 |
| Patio Chairs | 31 |
| Outdoor Ceiling Fans | 3 |
| Prep Tables | 12 |
| Glass Racks | 16 |
| Dish Racks | 6 |
| Silverware Racks | 5 |

| | |
|---|---|
| | |
| | |
| | |
| **Technology - all removed** | |
| Micro Monitors | 0 |
| Micro Printers | 0 |
| Micro-Bar Drawer | 0 |
| Kitchen Printer | 0 |
| Office PC | 1 |
| Micro-PC | 0 |
| Printers | 1 |
| Scanner | 1 |
| Camera System DVR | 0 |
| Cameras | 6 |
| Camera System Monitor | 1 |
| PC Monitors | 0 |
| Amplifiers | 0 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**Fill in this information to identify the case:**

Debtor name **Texas S&S Restaurants LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A Amount of claim. Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

Creditor's name
**Logan Co Acquisitions LLC**

Creditor's mailing address
**1101 W. Waterloo Road**

**Edmond        OK   73025**

Creditor's email address, if known

Date debt was incurred **09/25/2017**

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
**Any and all assets now owned or hereafter acquired**

Describe the lien
**Note Purchase and Security Agreement / Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$3,464,615.12**   Value of collateral: **$209,642.59**

**For Checking account with MidFirst Bank : 1) Logan Co Acquisitions LLC.  For TSS New Bern LLC: 1) Logan Co Acquisitions LLC.  For TSS Wytheville LLC: 1) Logan Co Acquisitions LLC.  For Restaurant Equipment See Attachment**

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$4,678,942.28**

Debtor    **Texas S&S Restaurants LLC** _____    Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.2**

**Creditor's name**
**STORE Master Funding II, LLC**

**Creditor's mailing address**
**8377 E Hartford Drive, Suite 100**
_____

_____

**Scottsdale           AZ    85255**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account
number** ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No

☑ Yes.  Have you already specified the
relative priority?

☐ No.  Specify each creditor, including this
creditor, and its relative priority.

☑ Yes.  The relative priority of creditors is
specified on lines **2.1**

**Describe debtor's property that is
subject to a lien**          $1,214,327.16          $33,190.00

**Describe the lien**

**11th Amended and Restated Master Lease / Agreement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes.  Fill out *Schedule H: Codebtors*  (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Texas S&S Restaurants LLC**                              Case number (if known) _____

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page.  If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Craig S. Ganz, Esq.; Ballard Spahr LLP** | Line  **2.2** | ___ ___ ___ ___ |
| **1 East Washington Street, Suite 2300** | | |
| **Phoenix**             **AZ**     **85004-2555** | | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>Texas S&S Restaurants LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF OKLAHOMA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

**Official Form 206E/F**

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $669,847.75 | $0.00 |

**IRS**

**PO Box 7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Philadelphia          PA      19101-7346**

**Date or dates debt was incurred**
_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(  **8**  )

**Basis for the claim:**
**Tax Liability**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    **Texas S&S Restaurants LLC**                    Case number (if known)  _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims.   If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Alarm Quest**

**319 N Spring Street**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$95.85

**Winston Salem**          **NC**    **27101**

Basis for the claim:  **Utility Bill**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ambiance Radio**

**79 E. Daily Drive, Suite 263**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$35.00

**Camarillo**          **CA**    **93010**

Basis for the claim:  **Utility Bill**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Appalachian Power**

**PO Box 371496**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$15,860.63

**Pittsburgh**          **PA**    **15250-7496**

Basis for the claim:  **Utility Bill**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Augusta County Service Authority**

**PO Box 859**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$3,828.42

**Verona**          **VA**    **24482-0859**

Basis for the claim:  **Utility Bill**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor    **Texas S&S Restaurants LLC**                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$4,554.66

**CenturyLink**

**PO Box 4300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Carol Stream**          IL       **60197-4300**          **Utility Bill**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number          __ __ __ __          ☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$687.75

**CenturyLink**

**PO Box 1319**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Charlotte**          NC       **28201-1319**          **Utility Bill**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number          __ __ __ __          ☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$261.95

**Charter Communications - Illinois**

**PO Box 94188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Palatine**          IL       **60094-4188**          **Utility Bill**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number          __ __ __ __          ☑ No
☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

$180.01

**Charter Communications - Ohio**

**PO Box 742600**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cincinnati**          OH       **45274-2600**          **Utility Bill**

Date or dates debt was incurred          _____          **Is the claim subject to offset?**

Last 4 digits of account number          __ __ __ __          ☑ No
☐ Yes

Debtor  **Texas S&S Restaurants LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.9 | Nonpriority creditor's name and mailing address |

**City of New Bern**

**PO Box 63005**

_____

| Charlotte | NC | 28263 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,975.24**

---

| 3.10 | Nonpriority creditor's name and mailing address |

**City of Rocky Mount**

**PO Box 1180**

_____

| Rocky Mount | NC | 27802-1180 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,282.24**

---

| 3.11 | Nonpriority creditor's name and mailing address |

**Columbia Gas**

**PO Box 70319**

_____

| Philadelphia | PA | 19176-0319 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,856.84**

---

| 3.12 | Nonpriority creditor's name and mailing address |

**Craven County Tax Collector**

**PO Box 1128**

_____

| New Bern | NC | 28563-1128 |

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**RE/PPT**

Is the claim subject to offset?
☑ No
☐ Yes

**$299.83**

---

Debtor  **Texas S&S Restaurants LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.13** Nonpriority creditor's name and mailing address

**DirecTV**

**PO Box 6550**

_____

**Greenwood Village**          **CO**     **80155**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

**$436.69**

---

**3.14** Nonpriority creditor's name and mailing address

**Dixie West Company**

**2705 S Pleasant Valley Road**

_____

**Winchester**          **VA**     **22601**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Liquor**

Is the claim subject to offset?
☑ No
☐ Yes

**$36.14**

---

**3.15** Nonpriority creditor's name and mailing address

**Dominion Energy**

**PO Box 100256**

_____

**Columbia**          **SC**     **29202-3256**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

**$10,023.46**

---

**3.16** Nonpriority creditor's name and mailing address

**Duke Energy Progress**

**PO Box 1003**

_____

**Charlotte**          **NC**     **28201**

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

**$6,443.47**

---

Debtor __**Texas S&S Restaurants LLC**_____ Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** Nonpriority creditor's name and mailing address

**Frontier Communications**

**PO Box 740407**

**Cincinnati**               OH      **45274-0407**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

$987.90

---

**3.18** Nonpriority creditor's name and mailing address

**Halifax County Tax Collector**

**PO Box 580330**

**Charlotte**               NC      **28258-0330**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**RE/PPT**

Is the claim subject to offset?
☑ No
☐ Yes

$32,015.18

---

**3.19** Nonpriority creditor's name and mailing address

**JKLM, Inc.**

**1315 S Glenburine RRoad, Suite 20**

**New Bern**               NC      **28562**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Rents Owed**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

---

**3.20** Nonpriority creditor's name and mailing address

**Kanawha County Sheriff's Tax Office**

**409 Virginia Street E #20**

**Charleston**               WV      **25301**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**RE/PPT**

Is the claim subject to offset?
☑ No
☐ Yes

$25,290.52

---

Debtor    **Texas S&S Restaurants LLC**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |

|  | **As of the petition filing date, the claim is:**    $71.88
*Check all that apply.*

**Lawrence Distributing Company**                          ☐ Contingent

**545 Old Mayfield Road**                                  ☐ Unliquidated
                                                           ☐ Disputed

_____                 **Basis for the claim:**

**Danville**                **VA**    **24541**            **Liquor**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __            ☑ No
                                                           ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**    $3,998.73
*Check all that apply.*

**Mountaineer Gas Company**                                ☐ Contingent

**PO Box 580211**                                          ☐ Unliquidated
                                                           ☐ Disputed

_____                 **Basis for the claim:**

**Charlotte**              **NC**    **28258-0211**        **Utility Bill**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __            ☑ No
                                                           ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**    $10,080.02
*Check all that apply.*

**Nash County Tax Collector**                              ☐ Contingent

**PO Box 1070**                                            ☐ Unliquidated
                                                           ☐ Disputed

_____                 **Basis for the claim:**

**Charlotte**              **NC**    **28201-1070**        **RE/PPT**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __            ☑ No
                                                           ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**    $182.30
*Check all that apply.*

**NC ABC Commission**                                      ☐ Contingent

**4307 Mail Service Center**                               ☐ Unliquidated
                                                           ☐ Disputed

_____                 **Basis for the claim:**

**Raleigh**                **NC**    **27699-4307**        **Liquor**

**Date or dates debt was incurred** _____        **Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __            ☑ No
                                                           ☐ Yes

Debtor  __**Texas S&S Restaurants LLC**_____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.25 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$541.39

**North Carolina Department of Revenue**

**PO Box 25000**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Raleigh**          **NC    27640-0640**

**Withholding Tax**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$697,611.63

**Performance Food Group**

**543 12th Street Drive NW**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hickory**          **NC    28603**

**Food**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$205.00

**Red Oak Brewery**

**6901 Konica Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Whitsett**          **NC    27377**

**Liquor**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,128.49

**Roanoke Rapids Sanitary District**

**Dept. Code 3016**

**PO Box 63016**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Charlotte**          **NC    28263-3016**

**Utility Bill**

Date or dates debt was incurred          _____

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☑ No
☐ Yes

---

Debtor    **Texas S&S Restaurants LLC**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**$2,927.97**

**Sanitary Board**

**City of Charleston**

**208 26th Street W.**

**Charleston**                **WV**      **25387**

Date or dates debt was incurred              _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**$1,113.46**

**Suburban Propane - 1241**

**PO Box 260**

**Whippany**                  **NJ**      **07981**

Date or dates debt was incurred              _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**$584.33**

**Suddenlink Communications**

**PO Box 70340**

**Philadelphia**              **PA**      **19176-0340**

Date or dates debt was incurred              _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Utility Bill**

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address |
|------|--------------------------------------------------|

**$104.50**

**The American Beer Company**

**1665 Smoot Road**

**Meadow Bluff**              **WV**      **24977-7039**

Date or dates debt was incurred              _____

Last 4 digits of account number         __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Liqour**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **Texas S&S Restaurants LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,773.69 |

**Town of Wytheville**

**PO Box 441**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wytheville               VA       24382         **Utility Bill**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $263.53 |

**VENCO Business Solution**

**PO Box 237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Bland               VA       24315         **Utility Bill**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,441.90 |

**Wake County Revenue Dept.**

**PO Box 2331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Raleigh               NC       27602         **Sales Tax**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,166.62 |

**West Virginia State Tax Department**

**Internal Auditing**

**PO Box 2666**

**Charleston, WV 25330-266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sales Tax**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __     ☑ No
☐ Yes

Debtor    **Texas S&S Restaurants LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$5,697.53

**Wythe County Treasurer**

☐ Contingent

**Property Tax**

☐ Unliquidated

**225 S 4th Street, Room 104**

☐ Disputed

_____

**Basis for the claim:**

**Wytheville**          VA      24382

**RE/PPT**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

Debtor  **Texas S&S Restaurants LLC**                                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1  Direct Monitoring Integration**<br>**319 N Spring Street**<br><br>**Winston Salem        NC    27101** | Line ___**3.1**___<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.2  Mark S. Hartman**<br>**DAVIS HARTMAN WRIGHT PLLC**<br>**209 Pollock Street**<br><br>**New Bern        NC    28560** | Line ___**3.19**___<br><br>☐ Not listed.  Explain: | __ __ __ __ |
| **4.3  Moore & Van Allen**<br>**100 North Tryon Street**<br>**Suite 4700**<br><br>**Charlotte        NC    28202** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.4  North Carolina Division of Employment Se**<br>**P.O. Box 25903**<br><br>**Raleigh        NC    27611-5903** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.5  Virginia Department of Taxation**<br>**Virginia Tax**<br>**Office of Customer Services**<br>**P.O. Box 1115**<br>**Richmond        VA    23218-1115** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |
| **4.6  Virginia Employment Commission**<br>**P.O. Box 26441**<br><br>**Richmond        VA    23261-6441** | Line _____<br><br>☑ Not listed.  Explain:<br>**Notice Only** | __ __ __ __ |

Debtor    **Texas S&S Restaurants LLC**                                    Case number (if known) _____

| | |
|---|---|
| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.7** **Workforce West Virginia** <br> **P.O. Box 2753** <br> <br> **Charleston**            **WV**    **25330-2753** | Line _____ <br><br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |

Debtor  **Texas S&S Restaurants LLC**  _____   Case number (if known)  _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

**Total of claim amounts**

| | | |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$669,847.75** |
| 5b. **Total claims from Part 2** | 5b. + | **$895,044.75** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$1,564,892.50** |

**Fill in this information to identify the case:**

Debtor name   **Texas S&S Restaurants LLC**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF OKLAHOMA**

Case number   _____   Chapter   __7__
(if known)

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐   No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑   Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Gass products. Contract to be REJECTED | **AirGas National Carbonation** |
| | | | **5311 Seventy Seven Center Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Charlotte**   **NC**   **28217** |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Uniform Services Contract to be REJECTED | **Aramark Uniform Services** |
| | | | **115 North First Street** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Burbank**   **CA**   **91502** |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Phone Contract to be REJECTED | **Century Link** |
| | | | **CENTURYLINK LEGAL** |
| | | | **100 CENTURYLINK DRIVE** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **MONROE**   **LA**   **71203** |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Internet Contract to be REJECTED | **Comcast** |
| | | | **Vice President/Enterprise Sales** |
| | | | **One Comcast Center** |
| | | | **1701 JFK Blvd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Philadelphia**   **PA**   **19103** |

Debtor  **Texas S&S Restaurants LLC**                                    Case number (if known) _____

## ▓ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Knife rental.  Contract to be REJECTED | Cozzini Bros |
| | | | 350 Howard Ave |
| | State the term remaining | | |
| | List the contract number of any government contract | | Des Plaines        IL      60018 |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Pest control.  Contract to be REJECTED | Dodson Pest Control |
| | | | 3712 Campbell Avenue |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lynchburg        VA      24501 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Third Party Food Delivery  Contract to be REJECTED | DoorDash, Inc. |
| | | | 901 Market Street |
| | | | Suite 600 |
| | State the term remaining | | |
| | List the contract number of any government contract | | San Francisco        CA      94103 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Internet.  Contract to be REJECTED | Frontier Communications: |
| | | | P.O. Box 1003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Everett        WA      98201 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Point of Sale System  Contract to be REJECTED | NCR Corporation |
| | | | 864 Spring Street NW |
| | State the term remaining | | |
| | List the contract number of any government contract | | Atlanta        GA      30308 |

Debtor    **Texas S&S Restaurants LLC**                        Case number (if known) _____

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

    Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Food<br>Contract to be REJECTED | Performance Food Group |
| | | | 543 12th Street Drive NW |
| | State the term remaining | | |
| | List the contract number of any government contract | | Hickory                    NC        28603 |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Gift Card Sales<br>Contract to be REJECTED | QGAC, Inc. d/b/a QuickGifts |
| | | | 3108 N LAMAR BLVD |
| | | | AUSTIN, TX, 78705 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Coffee and related products.<br>Contract to be REJECTED | S&D Coffee, Inc |
| | | | 300 Concord Pkwy S., |
| | State the term remaining | | |
| | List the contract number of any government contract | | Concord                    NC        28027 |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | 4th Amended and Restated Sublease Agreement<br>Contract to be REJECTED | Sagebrush of North Carolina LLC |
| | | | Attn: Jimmie L. Peterson |
| | | | 140 Regency Center Drive |
| | State the term remaining | | |
| | List the contract number of any government contract | | Mooresville                NC        28117 |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Cable<br>Contract to be REJECTED | SHENTEL CABLE |
| | | | PO Box 459 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Edinburg                    VA        22824 |

Debtor    **Texas S&S Restaurants LLC**        Case number (if known) _____

**■**    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

     Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.15** | State what the contract or lease is for and for the nature of the debtor's interest | Waste & Recycling<br>Contract to be REJECTED | **SLM WASTE & RECYCLING SERVICES, INC.**<br>**5000 Commerce Dr**
--- | --- | --- | ---
| State the term remaining | |
| List the contract number of any government contract | | **Green Lane**      **PA**      **18054**

**2.16** | State what the contract or lease is for and for the nature of the debtor's interest | 11th Amended and Restated Master Lease Agreement<br>Contract to be REJECTED | **STORE Master Funding II, LLC**<br>**8377 E Hartford Drive, Suite 100**
--- | --- | --- | ---
| State the term remaining | |
| List the contract number of any government contract | | **Scottsdale**      **AZ**      **85255**

**2.17** | State what the contract or lease is for and for the nature of the debtor's interest | Internet<br>Contract to be REJECTED | **SUDDENLINK**<br>**Attn. Shared Services Dept**<br>**1111 Stewart Ave.**
--- | --- | --- | ---
| State the term remaining | |
| List the contract number of any government contract | | **Bethpage**      **NY**      **11714**

**2.18** | State what the contract or lease is for and for the nature of the debtor's interest | Pest control.<br>Contract to be REJECTED | **Terminex**<br>**3860 S. Forest Hill Irene Rd, Ste 103**<br>**Memphis, TN 38125, USA**
--- | --- | --- | ---
| State the term remaining | |
| List the contract number of any government contract | |

**2.19** | State what the contract or lease is for and for the nature of the debtor's interest | Steaks<br>Contract to be REJECTED | **Thomas Foods International (USA)**<br>**2600 Oldmans Creek Rd**
--- | --- | --- | ---
| State the term remaining | |
| List the contract number of any government contract | | **Swedesboro**      **NJ**      **08085**

Debtor    **Texas S&S Restaurants LLC**                                    Case number (if known) _____

███    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases                    State the name and mailing address for all other
                                                           parties with whom the debtor has an executory
                                                           contract or unexpired lease

| | | | |
|---|---|---|---|
| **2.20** | State what the contract or lease is for and the nature of the debtor's interest | **Point of Sale System** **Contract to be REJECTED** | **Upserve** **10 Dorrance St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Providence**      **RI**      **02903** |
| **2.21** | State what the contract or lease is for and the nature of the debtor's interest | **Phone** **Contract to be REJECTED** | **Verizon** **Verizon Wireless Bankruptcy Administrati** **500 Technology Drive, Suite 550** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Weldon Spring**      **MO**      **63304** |
| **2.22** | State what the contract or lease is for and the nature of the debtor's interest | **Gift Cards.** **Contract to be REJECTED** | **Worldpay,Inc. d/b/a Vantiv** **8500 Governor's Hill Drive** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Symmes Township**      **OH**      **45249** |

<table>
<tr><td colspan="2" style="background-color:black;color:white;">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>**Texas S&S Restaurants LLC**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**WESTERN DISTRICT OF OKLAHOMA**</td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1  **JP Steakhouse LLC** | **516-D River Hwy, PMB 376**<br>Number      Street<br><br>**Mooresville**          **NC**   **28117**<br>City                        State   ZIP Code | **STORE Master Funding II, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2  **Texas S&S Restaurants Holdings LLC** | **14504 Hertz Quail Springs Parkway**<br>Number      Street<br><br>**Oklahoma City**          **OK**   **73134**<br>City                        State   ZIP Code | **Logan Co Acquisitions LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3  **TSS New Bern LLC** | **14504 Hertz Quail Springs Parkway**<br>Number      Street<br><br>**Oklahoma City**          **OK**   **73134**<br>City                        State   ZIP Code | **Logan Co Acquisitions LLC** | ☑ D<br>☐ E/F<br>☐ G |
| 2.4  **TSS New Bern LLC** | **14504 Hertz Quail Springs Parkway**<br>Number      Street<br><br>**Oklahoma City**          **OK**   **73134**<br>City                        State   ZIP Code | **JKLM, Inc.** | ☐ D<br>☑ E/F<br>☐ G |

Debtor   **Texas S&S Restaurants LLC**                                    Case number (if known)  _____

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5   **TSS Wytheville LLC** | **14504 Hertz Quail Springs Parkway**<br>Number      Street | **Logan Co Acquisistions LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | **Oklahoma City**      **OK**   **73134**<br>City                    State   ZIP Code | | |

**Fill in this information to identify the case:**

Debtor Name  **Texas S&S Restaurants LLC**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.................................................................................. | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................................. | **$209,642.59** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B................................................................................... | **$209,642.59** |

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property**  (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................................ | **$4,678,942.28** |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................ | **$669,847.75** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F........................ | **+   $895,044.75** |

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................. | **$6,243,834.78** |

**Fill in this information to identify the case and this filing:**

Debtor Name   **Texas S&S Restaurants LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **09/27/2021**     X **/s/ Jon B. Edwards**
     MM / DD / YYYY       Signature of individual signing on behalf of debtor

                         **Jon B. Edwards**
                         Printed name
                         **Vice President**
                         Position or relationship to debtor

---

**Fill in this information to identify the case:**

Debtor name    **Texas S&S Restaurants LLC**

United States Bankruptcy Court for the:    **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
   amended filing

---

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.    Gross revenue from business**

☐ None

Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year

| | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|
| **From the beginning of the<br>fiscal year to filing date:** | From **01/01/2021**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$2,830,850.00** |
| **For prior year:** | From **01/01/2020**<br>MM / DD / YYYY | to | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$10,734,437.00** |
| **For the year before that:** | From **01/01/2019**<br>MM / DD / YYYY | to | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$23,179,150.00** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be
adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Logan Co Acquisitions LLC**<br>Creditor's name<br>**1101 W. Waterloo Road**<br>Street<br><br>**Edmond**    **OK**    **73025**<br>City    State    ZIP Code | **07/01/2021** | **$21,375.00** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

---

Debtor    **Texas S&S Restaurants LLC**                    Case number (if known) _____
_____
Name

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.2.  **North Carolina Department of Revenue**    09/14/2021    **$10,124.00**

Creditor's name

**PO Box 25000**
Street
_____

**Raleigh**            **NC**    **27640-0640**
City                State    ZIP Code

Reasons for payment or transfer
Check all that apply

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other  **Taxes** _____

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825.  (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **JKLM, INC. v. TSS NEW BERN, LLC and TEXAS S&S RESTAURANTS, LLC** | Civil | **Craven County Court**<br>Name<br>**PO Box 1187**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**20CV-01172** | | **New Bern**    **NC**    **28563**<br>City            State    ZIP Code | |
| 7.2.  **PERFORMANCE FOOD GROUP v. TEXAS S&S RESTAURANTS, LLC** | Civil | **Wake County Court**<br>Name<br>**316 Fayetteville St. Mall**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case number<br>**21CV-002061** | | **Raleigh**    **NC**    **27601**<br>City            State    ZIP Code | |

| Debtor | **Texas S&S Restaurants LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Gooding Law Firm, P.C.** | **$400.00 Costs (Filing Fee and copies.)** | 07/10/2020 | **$12,500.00** |
| | | **$12,100.00 Attorney Fee** | 09/22/2021 | |
| | **Address** | | | |
| | **204 N. Robinson Avenue** | | | |
| | Street | | | |
| | **Suite 1235** | | | |
| | **Oklahoma City        OK    73102** | | | |
| | City            State  ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor __**Texas S&S Restaurants LLC**__ Case number (if known) _____
      Name

**13.** **Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. __**TSSP LLC**__ | **TSS Beckley LLC, TSS Dunn LLC, TSS Gateway LLC, TSS Princeton LLC & TSS Riverside LLC were transferred to TSSP LLC in exchange for a $4,000,000.00 (four million** | __**10/31/2020**__ | __**$4,000,000.00**__ |

**Address**

__**1101 W Waterloo Road**__
Street

__**Oklahoma City**__    __**OK**__   __**73025**__
City        State    ZIP Code

**Relationship to debtor**

_____

---

| Part 7: | Previous Locations |
|---|---|

**14.** **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.** **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16.** **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

Debtor   **Texas S&S Restaurants LLC**                                Case number (if known) _____
         Name

**17.** **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.** **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **MidFirst Bank**<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX- 3  6  5  4 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 09/21/2021 | $0.00 |
| 18.2. | **BB&T**<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX- 9  8  1  6 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 04/2021 | |
| 18.3. | **JPMorgan Chase**<br>Name<br><br>Street<br><br><br>City    State    ZIP Code | XXXX- 6  7  2  3 | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 11/2020 | |

Debtor    **Texas S&S Restaurants LLC**                                    Case number (if known) _____
_____
Name

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |

18.4.  **First Oklahoma Bank**
_____
Name                                   XXXX- _6_ _7_ _2_ _3_    ☐ Checking        _12/2020_        _____

_____                                  ☐ Savings
Street                                                     ☐ Money market
                                                          ☐ Brokerage
_____                                  ☐ Other  _____

_____
City           State   ZIP Code

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20.  Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Part 11: | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21.  Property held for another**
List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

| Part 12: | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law*  means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site*  means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material*  means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

Debtor __Texas S&S Restaurants LLC_____    Case number (if known) _____
         Name

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **_____**<br>Name<br>**14504 Hertz Quail Springs Parkway**<br>Street<br><br>**Oklahoma City      OK    73134**<br>City              State  ZIP Code | | EIN: _4_  _6_ – _0_  _6_  _2_  _0_  _4_  _6_  _6_<br><br>Dates business existed<br><br>From  __07/17/2012__  To  __03/16/2020__ |
| 25.2. | **TSS Wytheville LLC**<br>Name<br>**14504 Hertz Quail Springs Parkway**<br>Street<br><br>**Oklahoma City      OK    73134**<br>City              State  ZIP Code | Restaurant | EIN: _8_  _2_ – _2_  _8_  _7_  _3_  _5_  _0_  _7_<br><br>Dates business existed<br><br>From  __09/21/2017__  To  __03/17/2020__ |
| 25.3. | **_____**<br>Name<br>**14504 Hertz Quail Springs Parkway**<br>Street<br><br>**Oklahoma City      OK    73134**<br>City              State  ZIP Code | | EIN: _4_  _6_ – _0_  _6_  _3_  _9_  _3_  _7_  _9_<br><br>Dates business existed<br><br>From  __07/17/2012__  To  __03/10/2015__ |
| 25.4. | **TSS Gateway LLC**<br>Name<br>**14504 Hertz Quail Springs Parkway**<br>Street<br><br>**Oklahoma City      OK    73134**<br>City              State  ZIP Code | Restaurant | EIN: _4_  _6_ – _0_  _6_  _3_  _9_  _2_  _8_  _2_<br><br>Dates business existed<br><br>From  __07/17/2012__  To  __10/31/2020__ |
| 25.5. | **TSS Dunn LLC**<br>Name<br>**14504 Hertz Quail Springs Parkway**<br>Street<br><br>**Oklahoma City      OK    73134**<br>City              State  ZIP Code | Restaurant | EIN: _8_  _3_ – _4_  _0_  _9_  _8_  _0_  _4_  _9_<br><br>Dates business existed<br><br>From  __03/05/20019__  To  __10/31/2020__ |

Debtor    **Texas S&S Restaurants LLC**
          Name                                                           Case number (if known)

| | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|

**25.6.** **TSS Danville LLC**
Name

Restaurant

Do not include Social Security number or ITIN.

**14504 Hertz Quail Springs Parkway**
Street

EIN: 4  6 – 0  6  0  6  4  6  9

**Dates business existed**

**Oklahoma City**    **OK**  **73134**
City              State  ZIP Code

From  **07/13/2012**  To  **09/23/2019**

---

**25.7.** Business name and address

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

Name

**14504 Hertz Quail Springs Parkway**
Street

EIN: 4  6 – 0  6  0  5  9  5  7

**Dates business existed**

**Oklahoma City**    **OK**  **73134**
City              State  ZIP Code

From  **07/13/2012**  To  **07/05/2013**

---

**25.8.** **TSS Martinsville LLC**
Name

Describe the nature of the business
Restaurant

Employer Identification number
Do not include Social Security number or ITIN.

**14504 Hertz Quail Springs Parkway**
Street

EIN: 4  6 – 0  6  2  0  1  6  5

**Dates business existed**

**Oklahoma City**    **OK**  **73134**
City              State  ZIP Code

From  **07/13/2012**  To  **07/23/2017**

---

**25.9.** Business name and address

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

Name

**14504 Hertz Quail Springs Parkway**
Street

EIN: 4  6 – 0  6  0  6  7  0  8

**Dates business existed**

**Oklahoma City**    **OK**  **73134**
City              State  ZIP Code

From  **07/13/2012**  To  **11/30/2020**

---

**25.10.** **TSS Winchester LLC**
Name

Describe the nature of the business
Restaurant

Employer Identification number
Do not include Social Security number or ITIN.

**14504 Hertz Quail Springs Parkway**
Street

EIN: 4  6 – 0  6  2  0  2  3  6

**Dates business existed**

**Oklahoma City**    **OK**  **73134**
City              State  ZIP Code

From  **07/13/2012**  To  **10/20/2015**

---

**25.11.** Business name and address

Describe the nature of the business

Employer Identification number
Do not include Social Security number or ITIN.

Name

**14504 Hertz Quail Springs Parkway**
Street

EIN: 8  4 – 2  2  0  8  1  6  3

**Dates business existed**

**Oklahoma City**    **OK**  **73134**
City              State  ZIP Code

From  **06/25/2019**  To  **10/31/2020**

---

**25.12.** **TSS Beckley LLC**
Name

Describe the nature of the business
Restaurant

Employer Identification number
Do not include Social Security number or ITIN.

**14504 Hertz Quail Springs Parkway**
Street

EIN: 4  6 – 0  6  2  5  3  4  9

**Dates business existed**

**Oklahoma City**    **OK**  **73134**
City              State  ZIP Code

From  **07/23/2012**  To  **10/31/2020**

Debtor  **Texas S&S Restaurants LLC**                                        Case number (if known)  _____
        <sub>Name</sub>

|  | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|

25.13.  **TSS Princeton LLC**                          **Restaurant**                          Do not include Social Security number or ITIN.
        <sub>Name</sub>

        **14504 Hertz Quail Springs Parkway**                                EIN:  4  6 – 0  6  2  5  8  1  6
        <sub>Street</sub>

                                                                             **Dates business existed**

        **Oklahoma City**      **OK**   **73134**                            From  **07/23/2012**   To  **10/31/2021**
        <sub>City</sub>            <sub>State</sub>  <sub>ZIP Code</sub>

        Business name and address          Describe the nature of the business          Employer Identification number

25.14.                                                                       Do not include Social Security number or ITIN.
        <sub>Name</sub>

        **14504 Hertz Quail Springs Parkway**                                EIN:  8  1 – 1  1  7  5  9  0  9
        <sub>Street</sub>

                                                                             **Dates business existed**

        **Oklahoma City**      **OK**   **73134**                            From  **01/20/2016**   To  **03/18/2019**
        <sub>City</sub>            <sub>State</sub>  <sub>ZIP Code</sub>

**26.  Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Name and address                                                             Dates of service

26a.1.  **Abacus Systems Solutions LLC**                                     From  **01/01/2011**   To   **Present**
        <sub>Name</sub>
        **27 E. Sheridan Avenue**
        <sub>Street</sub>
        **Suite 200**

        **Oklahoma City**                    **OK**    **73104**
        <sub>City</sub>                          <sub>State</sub>  <sub>ZIP Code</sub>

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Name and address                                                             Dates of service

26b.1.  **Abacus Systems Solutions LLC**                                     From   **2011**       To   **Present**
        <sub>Name</sub>
        **27 E. Sheridan Avenue**
        <sub>Street</sub>
        **Suite 200**

        **Oklahoma City**                    **OK**    **73102**
        <sub>City</sub>                          <sub>State</sub>  <sub>ZIP Code</sub>

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Name and address                                                             If any books of account and records are
                                                                             unavailable, explain why

26c.1.  **Abacus Systems Solutions LLC**
        <sub>Name</sub>
        **27 E. Sheridan Avenue**
        <sub>Street</sub>
        **Suite 200**

        **Oklahoma City**                    **OK**    **73102**
        <sub>City</sub>                          <sub>State</sub>  <sub>ZIP Code</sub>

Debtor   **Texas S&S Restaurants LLC**                                   Case number (if known) _____
         Name

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a
       financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **Praesidian Capital Opp. Fund III LP**
        Name
        **and Praesidian Capital Opp. Fund III-A**
        Street
        **2 Madison Avenue**

        **Larcmont**                    **NY**    **10538**
        City                            State     ZIP Code

**Name and address**

26d.2.  **Logan Co. Acquisitions LLC**
        Name
        **1101 W Waterloo Road**
        Street

        **Oklahoma City**               **OK**    **73025**
        City                            State     ZIP Code

**27.   Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No.
☑ Yes.  Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Robert Marquardt** | | **Food and Bev. Cost** |

**Name and address of the person who has possession of inventory records**

27.1.  **Abacus Systems Solutions LLC**
       Name
       **27 E. Sheridan Avenue**
       Street
       **Suite 200**

       **Oklahoma City**               **OK**    **73104**
       City                            State     ZIP Code

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| **Abacus Systems Solutions LLC** | | **CMV - Restaurant Equipment** |

**Name and address of the person who has possession of inventory records**

27.2.  **Abacus Systems Solutions LLC**
       Name
       **27 E. Sheridan Avenue**
       Street
       **Suite 200**

       **Oklahoma City**               **OK**    **73104**
       City                            State     ZIP Code

Debtor     __Texas S&S Restaurants LLC_____     Case number (if known) _____
                 Name

**28.   List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders,
        or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Robert Marquardt** | **14504 Hertz Quail Springs Parkway** | **President** | **0%** |
| **William C. Liedtke III** | **14504 Hertz Quail Springs Parkway** | **Vice President** | **0%** |
| **Jon B. Edwards** | **14504 Hertz Quail Springs Parkway** | **Vice President** | **0%** |

**29.   Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners,
        members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|

**30.   Payments, distributions, or withdrawals credited or given to insiders**
        Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws,
        bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.   Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes.  Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation
**Texas S&S Restaurants Holdings LLC**                  EIN:  _8_ _2_ – _2_ _8_ _7_ _3_ _6_ _4_ _2_

Name of the parent corporation                          Employer Identification number of the parent corporation
**JP Steakhouse LLC**                                   EIN:  _5_ _4_ – _2_ _0_ _8_ _1_ _7_ _3_ _5_

**32.   Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

Debtor    **Texas S&S Restaurants LLC**
_____    Case number (if known) _____
Name

| Part 14: | Signature and Declaration |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **09/27/2021**_____
         MM / DD / YYYY

**X** **/s/ Jon B. Edwards**_____    Printed name  **Jon B. Edwards**_____
         Signature of individual signing on behalf of the debtor

         Position or relationship to debtor  **Vice President**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re    **Texas S&S Restaurants LLC**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept................................................................ | **$12,100.00** |
| Prior to the filing of this statement I have received...................................................... | **$12,100.00** |
| Balance Due................................................................................................................. | **$0.00** |

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __09/27/2021__ | __/s/ Mark B. Toffoli__ | |
|---|---|---|
| *Date* | *Mark B. Toffoli* | Bar No.  9045 |
| | The Gooding Law Firm, P.C. | |
| | 204 N. Robinson Avenue | |
| | Suite 1235 | |
| | Oklahoma City, Oklahoma 73102 | |
| | Phone: (405) 948-1978 / Fax: (405) 948-0864 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:   **Texas S&S Restaurants LLC**                                    CASE NO

                                                                                    CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/27/2021                                Signature  **/s/ Jon B. Edwards**

                                                                      ***Jon B. Edwards***
                                                                      ***Vice President***

Date                                                Signature

AirGas National Carbonation
5311 Seventy Seven Center Dr.
Charlotte, NC 28217


Alarm Quest
319 N Spring Street
Winston Salem, NC 27101


Ambiance Radio
79 E. Daily Drive, Suite 263
Camarillo, CA 93010


Appalachian Power
PO Box 371496
Pittsburgh, PA 15250-7496


Aramark Uniform Services
115 North First Street
Burbank California 91502


Augusta County Service Authority
PO Box 859
Verona, VA 24482-0859


Century Link
CENTURYLINK LEGAL
100 CENTURYLINK DRIVE
MONROE LA 71203


CenturyLink
PO Box 4300
Carol Stream, IL 60197-4300


CenturyLink
PO Box 1319
Charlotte, NC 28201-1319

Charter Communications - Illinois
PO Box 94188
Palatine, IL 60094-4188


Charter Communications - Ohio
PO Box 742600
Cincinnati, OH 45274-2600


City of New Bern
PO Box 63005
Charlotte, NC 28263


City of Rocky Mount
PO Box 1180
Rocky Mount, NC 27802-1180


Columbia Gas
PO Box 70319
Philadelphia, PA 19176-0319


Comcast
Vice President/Enterprise Sales
One Comcast Center
1701 JFK Blvd.
 Philadelphia, PA 19103

Cozzini Bros
350 Howard Ave
Des Plaines, IL 60018


Craig S. Ganz, Esq.; Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555


Craven County Tax Collector
PO Box 1128
New Bern, NC 28563-1128

Direct Monitoring Integration
319 N Spring Street
Winston Salem, NC 27101


DirecTV
PO Box 6550
Greenwood Village, CO 80155


Dixie West Company
2705 S Pleasant Valley Road
Winchester, VA 22601


Dodson Pest Control
3712 Campbell Avenue
Lynchburg, VA 24501


Dominion Energy
PO Box 100256
Columbia, SC 29202-3256


DoorDash, Inc.
901 Market Street
Suite 600
San Francisco, California 94103


Duke Energy Progress
PO Box 1003
Charlotte, NC 28201


Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407


Frontier Communications:
P.O. Box 1003
Everett, WA 98201

Halifax County Tax Collector
PO Box 580330
Charlotte, NC 28258-0330


IRS
PO Box 7346
Philadelphia, PA 19101-7346


JKLM, Inc.
1315 S Glenburine RRoad, Suite 20
New Bern, NC 28562


JP Steakhouse LLC
516-D River Hwy, PMB 376
Mooresville, NC 28117


Kanawha County Sheriff's Tax Office
409 Virginia Street E #20
Charleston, WV 25301


Lawrence Distributing Company
545 Old Mayfield Road
Danville, VA 24541


Logan Co Acquisistions LLC
1101 W. Waterloo Road
Edmond, OK 73025


Mark S. Hartman
DAVIS HARTMAN WRIGHT PLLC
209 Pollock Street
New Bern, NC 28560


Moore & Van Allen
100 North Tryon Street
Suite 4700
Charlotte, NC 28202

Mountaineer Gas Company
PO Box 580211
Charlotte, NC 28258-0211


Nash County Tax Collector
PO Box 1070
Charlotte, NC 28201-1070


NC ABC Commission
4307 Mail Service Center
Raleigh NC 27699-4307


NCR Corporation
864 Spring Street NW
Atlanta, GA 30308


North Carolina Department of Revenue
PO Box 25000
Raleigh, NC 27640-0640


North Carolina Division of Employment Se
P.O. Box 25903
Raleigh, NC 27611-5903


Performance Food Group
543 12th Street Drive NW
Hickory, NC 28603


QGAC, Inc. d/b/a QuickGifts
3108 N LAMAR BLVD
AUSTIN, TX, 78705


Red Oak Brewery
6901 Konica Drive
Whitsett, NC 27377

Roanoke Rapids Sanitary District
Dept. Code 3016
PO Box 63016
Charlotte, NC 28263-3016

S&D Coffee, Inc
300 Concord Pkwy S.,
Concord, NC 28027

Sagebrush of North Carolina LLC
Attn: Jimmie L. Peterson
140 Regency Center Drive
Mooresville, NC 28117

Sanitary Board
City of Charleston
208 26th Street W.
Charleston, WV 25387

SHENTEL CABLE
PO Box 459
Edinburg, VA 22824

SLM WASTE & RECYCLING SERVICES, INC.
5000 Commerce Dr
Green Lane, PA 18054

STORE Master Funding II, LLC
8377 E Hartford Drive, Suite 100
Scottsdale, AZ 85255

Suburban Propane - 1241
PO Box 260
Whippany, NJ 07981

SUDDENLINK
Attn. Shared Services Dept
1111 Stewart Ave.
Bethpage, NY 11714

Suddenlink Communications
PO Box 70340
Philadelphia, PA 19176-0340


Terminex
3860 S. Forest Hill Irene Rd, Ste 103
Memphis, TN 38125, USA


Texas S&S Restaurants Holdings LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


The American Beer Company
1665 Smoot Road
Meadow Bluff, WV 24977-7039


Thomas Foods International (USA)
2600 Oldmans Creek Rd
Swedesboro, NJ 08085


Town of Wytheville
PO Box 441
Wytheville, VA 24382


TSS New Bern LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


TSS Wytheville LLC
14504 Hertz Quail Springs Parkway
Oklahoma City, OK 73134


Upserve
10 Dorrance St.
Providence, RI 02903

VENCO Business Solution
PO Box 237
Bland, VA 24315


Verizon
Verizon Wireless Bankruptcy Administrati
500 Technology Drive, Suite 550
Weldon Spring, MO 63304

Virginia Department of Taxation
Virginia Tax
Office of Customer Services
P.O. Box 1115
Richmond, VA  23218-1115

Virginia Employment Commission
P.O. Box 26441
Richmond, VA 23261-6441


Wake County Revenue Dept.
PO Box 2331
Raleigh, NC 27602


West Virginia State Tax Department
Internal Auditing
PO Box 2666
Charleston, WV 25330-266


Workforce West Virginia
P.O. Box 2753
Charleston, WV 25330-2753


Worldpay,Inc. d/b/a Vantiv
8500 Governor's Hill Drive
Symmes Township, Ohio 45249


Wythe County Treasurer
Property Tax
225 S 4th Street, Room 104
Wytheville, VA 24382

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re:  **Texas S&S Restaurants LLC**

CASE NO

CHAPTER    **7**

## BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

    1. Gross Income for 12 Months Prior to Filing:         **$2,830,850.00**

PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

    2. Gross Monthly Income:         **$0.00**

PART C - ESTIMATED AVERAGE FUTURE MONTHLY EXPENSES:

    3. Net Employee Payroll (Other Than Debtor):     **$0.00**
    4. Payroll Taxes:     **$0.00**
    5. Unemployment Taxes:     **$0.00**
    6. Worker's Compensation:     **$0.00**
    7. Other Taxes:     **$0.00**
    8. Inventory Purchases (including raw materials):     **$0.00**
    9. Purchase of Feed/Fertilizer/Seed/Spray:     **$0.00**
    10. Rent (other than debtor's principal residence):     **$0.00**
    11. Utilities:     **$0.00**
    12. Office Expenses and Supplies:     **$0.00**
    13. Repairs and Maintenance:     **$0.00**
    14. Vehicle Expenses:     **$0.00**
    15. Travel and Entertainment:     **$0.00**
    16. Equipment Rental and Leases:     **$0.00**
    17. Legal/Accounting/Other Professional Fees:     **$0.00**
    18. Insurance:     **$0.00**
    19. Employee Benefits (e.g., pension, medical, etc.):     **$0.00**
    20. Payments to be Made Directly by Debtor to Secured Creditors for
        Pre-Petition Business Debts (Specify):     **None**
    21. Other (Specify):     **None**
    22. Total Monthly Expenses (Add items 3 - 21)     **$0.00**

PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

    23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2):     **$0.00**